PROB 12B
(7/93)



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

RECEIVED
WILLIAM T. WALSH, CLERK
2007 JUL -3  P 3: 26
UNITED STATES

### Request for Modifying the Conditions of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Offender: Pichardo, William                                              Docket Number: 2:00cr489-01

Sentencing Judicial Officer: Honorable William G. Bassler, United States District Judge

Date of Original Sentence: May 19, 2001

Original Offense: <u>Count 1</u>: Sell, Distribute or Dispense Cocaine, in violation of 21:841(a)(1) & 18:2

Original Sentence: Eighty-Seven (87) months in the Custody of the Bureau of Prisons to be followed by Five (5) Years Supervised Release.

Type of Supervision: Supervised Release                     Date Supervision Commenced: June 1, 2007

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

[X]   **The defendant shall participate in a mental health program approved by the probation department. The defendant shall continue to take any prescribed medications unless otherwise instructed by the health care provider. The Court authorizes the release of available psychological and psychiatric evaluations and reports to the health care provider.**

## CAUSE

The defendant has a history of depression and suicidal ideation. According to the Presentence Investigation Report (PSI), the defendant claimed that he "almost jumped out a window once" but did not go through with it. His last suicidal thought was prior to his arrest. During the PSI interview, Mr. Pichardo reported that he has suffered from depression since he was a child, yet never told anyone about his condition. He also claims that being a father of nine, sometimes causes him to feel "overwhelmed."

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
**MATTHEW F. MILLER**
**THOMAS C. MILLER**

June 26, 2007

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable William G. Bassler
U.S. District Court Judge
Martin Luther King, Jr. Courthouse
50 Walnut Street
Newark, NJ 07101

       RE:  **PICHARDO, Williams**
           **Docket No: 2:00cr489-01**

           ***Request to Modify the Conditions of***
           ***Supervision with Consent of Offender***

Dear Judge Bassler:

The above mentioned individual was sentenced by Your Honor on March 9, 2001, to eighty seven months imprisonment and five years supervised release for possession with intent to sell mor than 5 kilograms of cocaine. On June 1, 2007, Pichardo commenced his term of Supervise Release in the Southern District of New York (SDNY), due to his residence in that district.

The SDNY Probation Office has requested Pichardo's conditions of Supervised Release be modified. Mr. Pichardo has a history of depression and suicidal ideation. In the past, the offender has attempted suicide on several occasions, including jumping out of a window, but did not go through with it. His last suicidal thought was prior to his arrest. According to the Presentence Investigation Report, Mr. Pichardo reported that he has suffered from depression since he was a child, yet never told anyone about his condition. He also claims that being a father of nine, sometimes causes him to feel "overwhelmed."

Based upon the offender's mental health issues, we are requesting that the Court modify Pichardo's conditions of supervision to include mental health treatment. Attached, please find the Probation Form 12B, *Request for Modifying the Conditions of Supervison*, and the Probation Form 49, *Waiver of Hearing to Modify the Conditions of Probation*, signed by the offender on June 4, 2007.

Should the Court have any questions, please contact the undersigned at (973) 645-6242.

Very truly yours,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Leslie M. Vargas
  U.S. Probation Officer

/lmv